McGREGOR W. SCOTT
United States Attorney
ADA E. BOSQUE
Department of Justice
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (202) 514-0179

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ABDUL RAHMAN SOOMRO,<br><br>    Plaintiff,<br><br>    v.<br><br>Peter Keisler, Acting Attorney General, et al.,<br><br>    Defendants. | No. 2:07-cv-01868-MCE-DAD<br><br>JOINT STIPULATION AND ORDER |

  Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action. Each of the parties shall bear their own costs and fees.

Respectfully submitted,

Dated: October 19, 2007

/s/ Ada E. Bosque
Ada E. Bosque
Department of Justice

/s/ Erich Gerard Keefe
Erich Gerard Keefe
Counsel for Plaintiff

Dated: October 19, 2007

**ORDER**

In this action to address delay in the processing of plaintiff Abdul Rahman Soomro's application for naturalization, and as the agency is prepared to adjudicate the application, the parties stipulate to dismissal, without prejudice. Based on the parties' stipulation and good cause, this Court DISMISSES this action, without prejudice.

IT IS SO ORDERED.

Dated: October 23, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE